# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (BLS) |
| Remaining Debtors. | (Jointly Administered) |
| Michael Goldberg, | |
| Plaintiff, | Adversary Proceeding |
| vs. | Case No. 19-50831 (BLS) |
| Sharon R. Ferry., | |
| Defendant. | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss
COUNTY OF NEW YORK  )

I, Sharna Wilson, being duly sworn, depose and state:

1.     I am a Case Manager with Epiq Class Action and Claims Solutions, Inc.,[2] the claims and noticing agent in the above-captioned proceeding. Our business address is 777 Third Avenue, New York, New York 10017.

2.     On December 8, 2020, at the direction of Pachulski Stang Ziehl & Jones LLP ("Pachulski Stang"), Counsel to the Plaintiff Michael Goldberg, in his capacity as Liquidating Trustee of the

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification number are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

[2] Epiq Class Action and Claims Solutions, Inc. acquired Garden City Group, LLC on June 15, 2018.

Woodbridge Liquidation Trust, I caused a true and correct copy of the **Order Assigning Adversary Proceeding to Mediation and Approving Mediator** [Docket No. 26] to be delivered by first class mail to the party listed on the annexed Exhibit A (defendant Party)[3] and via email to *mjoyce@mjlawoffices.com*.

/s/ *Sharna Wilson*
Sharna Wilson

Sworn to before me this
14th day of December, 2020
*/s/ Panagiota Manatakis*

Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2022

---

[3] The envelope used for service on the party included a legend, which stated: "Important Legal Documents Enclosed: Please direct a copy of the contents of this envelope to the President, Managing or General Agent."

# EXHIBIT A

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| PROV. TR GP-FBO SHARON R FERRY IRA | 404 ARBOUR DRIVE | | | | NEWARK | DE | 19713 |
| PROV. TR GP-FBO SHARON R FERRY IRA | ATTN: LOCKBOX DEPT | PO BOX 4330 | | | ONTARIO | CA | 91761 |