# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (BLS) |
| Remaining Debtors. | Jointly Administered |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estate of Woodbridge Group of Companies, LLC, *et al.*, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 19-50831 (BLS) |
| ASCENSUS, LLC d/b/a PROVIDENT TRUST GROUP, CUSTODIAN FOR THE BENEFIT OF SHARON R. FERRY IRA; SHARON R. FERRY, | |
| Defendants. | |

## MEDIATION STATUS REPORT

In accordance with this Court's *Order Assigning Adversary Proceeding to Mediation and Appointing Mediator*, dated November 6, 2020, the undersigned mediator reports that the mediation has not been completed and hereby provides a projected scheduled for completion.

The undersigned mediator expects that the mediation will be concluded no later than February 8, 2021 for the following reasons:

   **X**   A mediation session is scheduled to occur on **FEBRUARY 8, 2021**.

_____ A mediation session needs to be scheduled, but the mediator has been unable to arrange a date and time.

_____ OTHER:

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

Dated: January 4, 2021

                                        */s/ Lucian B. Murley*
                                        Lucian B. Murley (DE Bar No. 4892)
                                        **SAUL EWING ARNSTEIN & LEHR LLP**
                                        1201 N. Market Street, Suite 2300
                                        P.O. Box 1266
                                        Wilmington, DE 19899
                                        Telephone: (302) 421-6898
                                        luke.murley@saul.com

cc:     Jason Pomerantz, Esq.
          Michael J. Joyce, Esq.